# **Addendum**

Over the past year, Angel has been attempting to show his family that he is committed to them and is willing to put away the unhealthy habits and behaviors that prevented him from showing up as the best version of himself. By providing the following photos, he would like to give the Court a glimpse into what the past year has looked like for him and his family.



The Couple




The Kids



The Ring








ERMELINDA GARZA
6-19-1958 5-2-2022
SIEMPRE EN MI CORAZON
ANGELITA GARZA
4-24-1977 5-28-2024
MUY AMADA PROFUNDAMENTE EXTRAÑADA





The Renovations



